# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

DENIS LESTER ADAMS,

    Plaintiff,

v.

DEPARTMENT OF SOCIAL AND HEALTH SERVICES, WASHINGTON STATE ATTORNEY GENERAL, THURSTON COUNTY SHERIFF DEPARTMENT, OLYMPIA POLICE DEPARTMENT, OLYMPIA PUBLIC SCHOOL DEPARTMENT, OLYMPIA KIWANIS CLUB, and OK BOYS RANCH,

    Defendants.

Case No. C08-5685RJB

ORDER GRANTING MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

This matter comes before the Court on the Plaintiff's Motion for Leave to Proceed *In Forma Pauperis*. Dkt. 1. The Court has reviewed the motion and the remaining file herein.

On November 14, 2008, the Plaintiff filed a civil suit against the Department of Social and Health Services, Washington State Attorney General, Thurston County Sheriff, Olympia Police Department, Olympia Public School Department, Olympia Kiwanis Club and the OK Boys Ranch and moved for leave to proceed *in forma pauperis*. Dkt. 1. Plaintiff reports on his *in forma pauperis* application that he is not employed, but assists his 85 year old mother on a farm in exchange for rent. *Id.*

The district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in denying an application to proceed *in forma pauperis*. *Weller v. Dickson*, 314 F.2d 598, 599 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Plaintiff's motion to proceed *in forma pauperis* should be granted. Plaintiff does not appear to have the resources to pay the

ORDER - 1

1 filing fee.

2 Therefore, it is now **ORDERED** that the Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Dkt. 1) is **GRANTED**.

The Clerk of the Court is instructed to send uncertified copies of this Order to all counsel of record and to any party appearing pro se at said party's last known address.

DATED this 24th day of November, 2008.

Robert J Bryan
United States District Judge